JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PHILLIP CAMILLO-AMISANO, | No. 2:20-cv-04133-ODW(JDE) |
| Petitioner, | JUDGMENT |
| v. | |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

Pursuant to the Order Re: Summary Dismissal of Action,

IT IS ADJUDGED that this action is dismissed with prejudice.

Dated: May 7, 2020

OTIS D. WRIGHT, II
United States District Judge